The People of the State of New York, Respondent, 
against
Kenneth Pirraglia, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Seth L. Marvin, J.), rendered November 16, 2012, after a jury trial, convicting him of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Seth L. Marvin, J.), rendered November 16, 2012, affirmed.
Defendant's challenge to the legal sufficiency of the evidence is unpreserved (see People v Gray, 86 NY2d 10, 19 [1995]) and we decline to review it in the interest of justice. As an alternative holding, we find that the verdict convicting defendant of driving while impaired (see Vehicle and Traffic Law § 1192[1]) was based on legally sufficient evidence. We also find that the verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility, including its assessment of police testimony that after being stopped for driving through two steady red lights, defendant exhibited signs of intoxication - his eyes were bloodshot and watery, his breath had an odor of alcohol, and he was "swaying" on his feet (see People v Cruz, 48 NY2d 419, 426-427 [1979], appeal dismissed 446 US 901 [1980]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: October 16, 2019